# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 12-1227

_____

RAMIRO ENRIQUE ROJAS,

<u>Petitioner</u>

v.

ATTORNEY GENERAL OF THE UNITED STATES,

<u>Respondent</u>

_____

PRESENT: McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, and GREENBERG[1], <u>Circuit</u> <u>Judges</u>

## ORDER

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

at the convenience of the Court.

> By the Court,
> /s/ Theodore A. McKee
> Chief Circuit Judge

Date: January 23, 2013
Trg/cc:    Tracy M. Hubbard, Esq.
         Craig R. Shagin, Esq.
         Timothy Hayes, Esq.
         Andrew J. Oliveira, Esq.

_____

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.